## Ann Moss, Plaintiff-Appellant, v. Aaron Wingo, Defendant-Appellee.

**Gen. No. 64–F–24.**

Fifth District.

April 1, 1964.

Leonard J. Dunn, of West Frankfort, for appellant; Twente & Jelliffee, of Harrisburg, for appellee. Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.**